FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNNECTICUT

2005 FEB -3 P 1: 17

U.S. DISTRICT COURT
NEW HAVEN, CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:03CR00172(JBA) |
| | ) | |
| v. | ) | January 31, 2005 |
| | ) | |
| HEUNG MAN WONG | ) | |

## MOTION FOR RETURN OF UNITED STATES PASSPORT

HUGH H. MO, attorney for the defendant, Heung Man Wong, respectfully moves the Court for an Order for the return of the defendant's USA Passport, which is in the custody of the Office of the Clerk.

The grounds supporting the granting of this motion are as follows:

(1)  On April 29, 2003 the defendant was arraigned on a criminal complaint on charges relating to a credit-card fraud scheme, and was released on a $50,000 bond secured by $10,000 cash and the surrender of his U.S. passport to the office of the Clerk.

(2)  On June 11, 2003, the defendant entered a guilty plea to a single-court information charging him with trafficking in or using one or more unauthorized access devices, 18 U.S.C. §1029(a)(2).

(3)  On July 22, 2004, the defendant was sentenced to probation for a term of five (5) years, with home confinement for the first three months of probation with electronic monitoring and restitution in the form of payment of $150.00 per month towards his joint and several liability with three co-defendants in the amount of $851,612.45.

(4)   AUSA Maria A. Kahn, who is assigned to this case, has been informed of the instant motion and she has no objections to the return to the defendant of his U.S. passport.

Dated: January 31, 2005   Respectfully submitted,

THE LAW FIRM OF HUGH H. MO, P.C.
ATTORNEYS FOR HEUNG MAN WONG

By: Hugh H. Mo, Esq.
Federal Bar No. CT 24704
225 Broadway, Suite 2702
New York, NY 10007
(212) 385-1500

<u>CERTIFICATION OF SERVICE</u>

      This is to certify that a copy of the foregoing Motion for Return of U.S. Passport was mailed, postage prepaid, on the 31st day of January, 2005, to the following:

Maria A. Kahn
Assistant United States Attorney
United States Attorney's Office
157 Church Street
New Haven, CT  06510

Joan Marie Langone
U.S. Probation Officer
U.S. Probation Office
202 Federal Plaza
P.O. Box 9012
Central Islip, NY  11722

Dated: January 31, 2005

                                     THE LAW FIRM OF HUGH H. MO, P.C.
                                     By: Hugh H. Mo, Esq.
                                        225 Broadway, Suite 2702
                                        New York, NY  10007
                                        (212) 385-1500