**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| **v.** | : CASE NO. 3:03cr172 (JBA) |
| **HEUNG MAN WONG** | : |

### ENDORSEMENT ORDER #43

    Defendant's motion for return of U.S. Passport is GRANTED. The Clerk is directed to return the passport to the defendant's attorney Hugh Mo.

                                        IT IS SO ORDERED.

                                    ___/s/_____
                                    Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: February 4, 2005