UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA

2006 FEB -8  A 8: 43

vs.

Criminal No.3:03CR00172(JBA)

HEUNG MAN WONG

## ORDER MODIFYING CONDITIONS OF PROBATION

The above-named, after pleading guilty before the Honorable Janet Bond Arterton, United Stated District Judge, at New Haven, Connecticut, appeared before the Court for sentencing on July 22, 2004, for a violation of 18 U.S.C. § 11029(a)(2), Credit Card Fraud, and was sentenced to five years probation with the following special conditions: 1) The defendant shall serve three months in home confinement with electronic monitoring; and 2) The defendant shall pay restitution in the amount of $851,612.45, joint and several with Chee Koh Lim, Jie Sun, Lan Sun, Chak Tam and Steven Fook, at a rate of $150 per month.

The probationer was presented before this Court on January 12, 2006, to address why the conditions of probation should not be modified to include a special condition requiring Third Party Risk Notification. The probationer was represented by Attorney Hugh Mo and given the opportunity to be heard.

The Court found that a modification of the conditions of probation was warranted based upon the defendant's desire to obtain employment in a restaurant, wherein he may have access to customer credit cards.

Accordingly, in addition to the conditions previously imposed, the Court imposed the following special condition:

The defendant may not work in a position in which he handles the processing of credit cards without supervision without Third Party Notification to a supervisory individual. The defendant may designate an appropriate person to received notice of his conviction and notice to such designee shall be verified by the U.S. Probation Officer. Alternatively, the defendant can obtain employment where he does not process credit cards.

IT IS SO ORDERED.

Signed and Dated at New Haven, Connecticut, this 6th day of February, 2006.

_____
The Honorable Janet Bond Arterton
United States District Judge